M. P. No. 76-433. JOSEPH P. HUGHES, JR. *et al. v.* STEVE A. KOHLMAN *et al.* Petition for writ of certiorari denied. *Longo-*

*lucco, Parrilla & Lenihan, James J. Longolucco,* for petitioners. *Leonard A. Kiernan, Jr.,* for respondents.